DAVID F. JOHNSTONE, APPELLANT, v. THE BOARD OF
CHOSEN FREEHOLDERS OF THE COUNTY OF PAS-
SAIC, RESPONDENT.

Submitted February 11, 1938—Decided April 28, 1938.

For the appellant, *Mortimer L. Mahler.*

For the respondent, *Harry L. Schoen.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, HEHER, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 11.

*For reversal*—DONGES, PERSKIE, JJ. 2.